PEOPLE, Respondent, v. JENSEN, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Edward, Jensen. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. JUELL, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Christian S. Juell. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted. See, also, 154 App. Div. 947, 139 N. Y. Supp. 1137.

PEOPLE, Respondent, v. KAHL, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against William Kahl. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. KAMPS, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Frederick Kamps. No opinion. Motion to dismiss appeal granted.

PEOPLE, Appellant, v. KINGS COUNTY IRON FOUNDRY, Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against the Kings County Iron Foundry. No opinion. Order (78 Misc. Rep. 191, 139 N. Y. Supp. 447) of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. KIRTIKLIS, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against George Kirtiklis. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. KOCANNCK, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Proceeding by the People of the State of New York against Alex Kocannck. No opinion. Judgment of conviction of the County Court of Nassau County affirmed.

PEOPLE v. KORNDAHL. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Proceeding by the People of the State of New York against John E. Korndahl. No opinion. Motion granted; time extended to May 27th. Settle order on notice.

PEOPLE, Respondent, v. KURA, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Paul Kura. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. LANDGRAF, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Albert Landgraf. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. LASKOW, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Myron Laskow. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. LAYDON, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Frank Laydon. No opinion. Motion denied, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. LEE, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against Johanna Lee. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. LOCURTO, Appellant. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York against Louis Locurto. J. S. Rosalsky, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. LOMBARDI, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Proceeding by the People of the State of New York against Angelo Lombardi, impleaded. R. E. Weldon, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. LOORGE. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Proceeding by the People of the State of New York against Solomon H. Loorge. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. McMAHON, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceeding by the People of the State of New York against Martin J. McMahon. No opinion. Judgment of conviction unanimously affirmed.